Pearson, C. J.
 

 As the judgment against a delinquent sheriff, for the forfeiture of $100, is a mere corollary or incident to the judgment against him and his sureties for damaages, it follows, that if the principal judgment be erroneous, the latter must be so, also; and if the principal be reversed, and held for naught, so must the incident; on the ground that the
 
 deUngneney of the sheriff,
 
 on which the latter judgment is predicated, has not been established.
 

 There is error in the judgment of the Superior Court, and the same is reversed. There is error in the judgment of the County Court, and there will be judgment reversing the same and restoring the plaintiff in error, to all things which he has lost by occasion of said erroneous judgment and the proceedings thereon; 2 Saun. Rep. 101 z (in note); 2 Bacon’s Abrdgt. 229.
 

 Per Curiam,
 

 Judgment reversedt